UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13196-GAO

MARY CELESTE HOLMES,
Plaintiff,

v.

JENNIFER M. GARVEY and ALFRED TRINH, in their individual capacities,
and the MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,
Defendants.

ORDER
January 27, 2017

O'TOOLE, D.J.

This Order resolves the pending discovery motions:

1. The plaintiff's Motion to Compel directed to defendant Jennifer Garvey (dkt. no. 34) is GRANTED as to Garvey's military service records and otherwise DENIED without prejudice. Garvey shall produce her military service records within twenty-one (21) days of this Order.

2. The plaintiff's Motion to Compel directed to defendant Alfred Trinh (dkt. no. 37) is GRANTED as to his personnel file. Additionally, specific discovery disputes are resolved as follows:

*Interrogatory No. 8: MBTA Supervisors*: Trinh shall supplement his answer to this interrogatory, including approximate dates of supervision if known to him.

*Interrogatory No. 11: Reports of Incident*: To the extent that there are any other reports, Trinh shall supplement his answer to disclose them.

*Interrogatory No. 12: Statements to and from Holmes*: To the extent that there are any additional statements of which Trinh is aware, he shall supplement his answer to disclose them.

*Interrogatory No. 15: Contact between Holmes and Officers*: Trinh shall answer the interrogatory directly, rather than by reference to other documents.

Trinh shall produce his personnel file and supplement his interrogatory responses within twenty-one (21) days of this Order. This motion is otherwise DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge